UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA SPRENGER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>PORTIFOLIO RECOVERY ASSOCIATES, INC. )<br>)<br>Defendant, ) | Case No. 11-cv-2282 JAR/KGG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

AMANDA SPRENGER (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, without prejudice, PORTFOLIO RECOVERY ASSOCIATES, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 14th day of October, 2011.

                                              RESPECTFULLY SUBMITTED

                                              THE PROBST LAW FIRM, P.A.

                                              BY:      /s/ Raymond E. Probst, Jr.
                                                          Raymond E. Probst, Jr.
                                                          KS Bar No. 20370
                                                          Attorney for Plaintiff
                                                          827 Armstrong Avenue
                                                          Kansas City, KS  66101

Of Counsel to:                                (913) 281-0699
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com